```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 60594
    DAISY ACEVEDO
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-4662

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 10/15/2005 and was confirmed 01/25/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 01/14/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
COUNTRYWIDE HOME LOAN    CURRENT MORTG           .00             .00             .00
COUNTRYWIDE HOME LOAN    MORTGAGE ARRE      13561.21             .00        13561.21
FIRST USA BANK NA        UNSECURED         NOT FILED             .00             .00
BLATT HASENMILLER LEIBSK UNSECURED         NOT FILED             .00             .00
B-LINE LLC               UNSECURED           3087.80             .00         3087.80
PHILIP A IGOE            DEBTOR ATTY         2,394.00                        2,394.00
TOM VAUGHN               TRUSTEE                                             1,211.59
DEBTOR REFUND            REFUND                                              1,598.40

    Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 21,853.00

PRIORITY                                             .00
SECURED                                        13,561.21
UNSECURED                                       3,087.80
ADMINISTRATIVE                                  2,394.00
TRUSTEE COMPENSATION                            1,211.59
DEBTOR REFUND                                   1,598.40
                        --------------        --------------
TOTALS                      21,853.00            21,853.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/24/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE